UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR M. VARGAS,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTHEW CATE, *et al.*,<br><br>    Defendants. | Case No. 1:10-cv-02273-RRB<br><br>**ORDER REGARDING MOTIONS**<br>**AT DOCKETS 19 and 24** |

At **Dockets 19** and **24** Victor M. Vargas, a civil committee in the Coalinga State Hospital appearing *pro se*, filed duplicate Applications to Proceed *In Forma Pauperis*. The application at Docket 19 was filed concurrently with his first Notice of Appeal; the application at Docket 24 was filed after the appeal was processed to the Court of Appeals. This Court Dismissed the First Amended Complaint and revoked Vargas's *in forma pauperis* status.[1] This Court assumes that Vargas's intent is to continue his *in forma pauperis* status on appeal. This Court, having already ruled on the matter, that request should be addressed to the Ninth Circuit. Accordingly, the application at Docket 19 is stricken as superfluous and the Clerk of the Court is hereby directed to forward a copy of the application at Docket 24 to the Court of Appeals, together with a copy of this Order, for such further action as that Court may deem appropriate.

**IT IS SO ORDERED** this 19th day of September, 2013.

                                                            S/ RALPH R. BEISTLINE
                                                            UNITED STATES DISTRICT JUDGE

---

[1] Docket 17.